■ In the Matter of JADEN T., a Person Alleged to be a Juvenile Delinquent, Appellant. [62 NYS3d 270]—Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about April 19, 2016, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that appellant committed an act that, if committed by an adult, would constitute the crimes of assault in the second degree (two counts) and criminal possession of a weapon in the fourth degree (two counts), and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations and its conclusion that appellant took part in an attack on the victim. Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.

■ HARVEST 12708 RIATA, LLC, Appellant, v WELLS FARGO BANK, N.A., et al., Respondents. [61 NYS3d 903]—

Order, Supreme Court, New York County (O. Peter Sherwood, J.), entered September 1, 2016, which granted defendants' motion to dismiss the complaint, unanimously affirmed, with costs.

The loan provision requiring plaintiff borrower to deposit and maintain a certain balance in a reserve rollover account is unambiguous in setting a minimum balance (*see Greenfield v Philles Records*, 98 NY2d 562, 569-570 [2002]). Plaintiff was thus barred from invading that minimum balance for disbursements for replacement tenant improvements and broker commissions when an anchor tenant's lease terminated and was not renewed. Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.